Russell D. Cook 094934
Neal D. Douglass 227976
LAW OFFICE OF RUSSELL D. COOK
1233 West Shaw Avenue, Suite 100
Fresno, California 93711
Telephone: (559) 225-2510
Facsimile: (559) 225-2389

Attorneys for Plaintiff, Sean Lasher.

FILED
SEP 12 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

SEAN LASHER,

    Plaintiff,

v.,

MISYS PHYSICIAN SYSTEMS, LLC, et al.,

    Defendants.

Case No. 1:07-CV-00747-SMS

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED by and between the parties hereto, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Date: September 11, 2008

LAW OFFICE OF RUSSELL D. COOK

_____
Russell D. Cook, Attorneys for Plaintiff Sean Lasher

Date: September 11, 2008

SAGASER, JONES & HELSLEY

_____
Howard A. Sagaser, Attorney for Defendants Misys Physician Systems, LLC and Misys Healthcare Systems, LLC

Sept. 12, 2008    It Is So Ordered **

_____
U.S. Magistrate Judge

-1-

0706.1.Stip For Dismissal.wpd

** Stipulations are not effective unless approved by the Court.
See Local Rule 83-143(b).